IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ALF, a minor child b/n/f JENNIFER
FREEMAN, JENNIFER FREEMAN,
AND MICHAEL FREEMAN,

    Plaintiffs,

VS.                                                                                                                                             No.   16-1125-STA-egb

SHERITA JONES, et al.,

    Defendants.

---

## ORDER CLOSING CASE ADMINISTRATIVELY

---

Based upon the statements of the parties at the status conference on August 11, 2017, the Court finds that this matter should be closed administratively pending the outcome of the underlying criminal matter.

Administratively closing a case is a case-management tool used by district courts to obtain an accurate count of active cases. *Citifinancial Corp. v. Harrison*, 453 F.3d 245 (5th Cir. 2006). That is, the court may close a case administratively for statistical purposes. *See Corion Corp. v. Chen*, 964 F.2d 55, 56-57 (1st Cir. 1992) (Administrative closings comprise a familiar, albeit essentially ad hoc, way in which courts remove cases from their active files without making any final adjudication.) *See also Lehman v. Revolution Portfolio L.L.C.,* 166 F.3d 389 (1st Cir. 1999) ("This method is used in various districts throughout the nation in order to shelve pending, but dormant, cases."). *Lehman* "endorsed the judicious use of administrative closings in

circumstances in which a case, though not dead, is likely to remain moribund for an appreciable period of time." *Id.* at 392 n. 3.

Consequently, the Clerk of Court is **DIRECTED** to close the case for statistical purposes. Nothing contained in this order shall be considered as a dismissal or disposition of this action. Should further proceedings become necessary, either party may initiate that proceeding in the same manner as if this order had not been entered.

Defendants' motion to stay (ECF No. 25) is **DENIED** as unnecessary.

All dates, including the trial of this matter, shall be removed from the calendar.

**IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date:   August 11, 2017